UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

Plaintiff,

– against –

MIDTOWN SPIRITS, INC. and ESKAY REALTY LLC,

Defendants.

**ORDER**

25 Civ. 8758 (ER)

Ramos, D.J.:

This action was filed on October 22, 2025. Doc. 1. Certificates of service for both defendants dated November 12, 2025 were filed on November 12, 2025. Docs. 8, 9. Since then, there has been no further activity in this case.

Plaintiff is instructed to submit a status report by no later than October 23, 2026. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: October 16, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.